AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| PAUL SEERAG<br><br>*Plaintiff(s)*<br>v.<br>UB HOUSE, LLC, UB RENTAL, LLC, AND CORNERSTONE HEIGHTS, LLC AND ELLIOT BROWAR, DEAN J. SEGAL, AND MARLON<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:25-CV-2402 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* UB HOUSE, LLC, UB RENTAL, LLC, CORNERSTONE HEIGHT, LLC, and ELLIOT BROWAR is at: 58 West Minster Rd., Great Neck, NY 11020.
Dean J. Segal is at: 2500 Parkveiw Drive, Hallandale Beach, FL 33009.
Marlon Browar is at: 151 Grand St., Brooklyn, NY 11249

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
ALLAN W. JENNINGS, ESQ.
LAW OFFICE OF ALLAN W. JENNINGS, JR.
42-40 Bell Blvd., Suite 601
Bayside, NY 11361

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 5/2/2025

*Erin Espinal*
*Signature of Clerk or Deputy Clerk*