UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

PAUL SEERAG

                                Plaintiff (s),      **CIVIL ACTION # 1:25-CV-2402**

                                                                    **AFFIDAVIT OF SERVICE**
                                                                    of **SUMMONS AND COMPLAINT**

            -against-

UB HOUSE, LLC, UB RENTAL, LLC, AND CORNERSTONE HEIGHTS, LLC, AND ELLIOT BROWAR, DEAN J. SEGAL, AND MARLON BROWAR

                                Defendant (s),
-------------------------------------------------------------------X

STATE OF NEW YORK  )
COUNTY OF QUEENS  )

I, Alex Khaimov, residing in Queens County, New York, I am over the age of 18 years old, and I am not a party to this action being duly sworn, deposes and says that on the 5th day of May 2025, I personally served Elliot Browar at approximately 9:53 am, the **SUMMONS AND COMPLAINT** at 58 West Minster Rd., Great Neck, NY 11020. He clearly identified himself as Elliot Browar and also accepted service for UB HOUSE, LLC, UB RENTAL, LLC, AND CORNERSTONE, LLC too at the same address.

**Description of Person Served:** Elliot Browar, Approximately Age 65 – 70, Sex: Male, Race: White, Skin: Pale complexion, Height: 5ft 10ins, Weight: 175lbs (Medium Build), Hair: Gray, Eyes: Dark, Glasses: None, Clothes: Gray Polo Shirt, Blue Jeans and Blue Sneakers.

I certify that I am over the age of 18 and a resident of the State of New York and not a party to the action.

                                                                                 _____
                                                                                     Alex Khaimov

Sworn before me on the 6th of May 2025

_Robert Giusti_
NOTARY PUBLIC
Robert F. Giusti
Notary Public, State of New York
No. 02GI6035222
Qualified in Queens County
Commission Expires 09/25/20__