UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

PAUL SEERAG,

Plaintiff,

-against-

UB RENTAL LLC, et al.,

Defendants.

-------------------------------------x

**MEMORANDUM & ORDER**
2:25-CV-02402 (EK)(ST)

ERIC KOMITEE, United States District Judge:

The Court has received Magistrate Judge Steven Tiscione's *Sua Sponte* Report and Recommendation (R&R) dated October 9, 2026. ECF No. 27. Judge Tiscione recommends that the action be dismissed for failure to prosecute. Neither party has filed objections and the time to do so has expired. Accordingly, the Court reviews Judge Tiscione's recommendation for clear error on the face of the record. *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord State Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

Having reviewed the record, I find no error and therefore adopt the R&R in its entirety. Thus, the action is dismissed for failure to prosecute. The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

/s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated: October 26, 2026
Brooklyn, New York